UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK,<br><br>      *Plaintiff*,<br><br>-against-<br><br>COOPER, PAROFF, COOPER & COOK;<br>IRA G. COOPER; PHILIP S. PAROFF;<br>ADAM P. COOPER; and SHARON E. COOK,<br><br>      *Defendants*. | 08 CV 3936 (JBW) (LB)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE**, that Plaintiff, Todd C. bank, hereby appeals the following to the United States Court of Appeals for the Second Circuit: each and every part of the Memorandum, Order & Judgment of this Court dated May 27, 2009, and entered with the clerk on May 28, 2009; and each and every part of all other orders to the extent permissible by law.

Dated: June 17, 2009

                        _____
                        TODD C. BANK
                        119-40 Union Turnpike
                        Fourth Floor
                        Kew Gardens, New York 11415
                        (718) 520-7125
                        TB 6825

                        Attorney for Plaintiff

**Service List:**
ADAM P. COOPER
80-02 Kew Gardens Road, #300
Kew Gardens, New York 11415
(718) 793-1311

Attorney for Defendant

&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653002065
Cashier ID: bharris
Transaction Date: 06/19/2009
Payer Name: TODD C. BANK
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: TODD C. BANK
 Case/Party: D-NYE-1-08-CV-003936-000
 Amount:         $455.00
--------------------------------
CHECK
 Check/Money Order Num: 1876
 Amt Tendered:  $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

# APPENDIX A

# COOPER, PAROFF, COOPER & COOK

Attorneys at Law
80-02 Kew Gardens Road
Suite #300
Kew Gardens, New York 11415

Ira G. Cooper
Philip S. Paroff
Adam P. Cooper
Sharon E. Cook

Jamie B. Herdan

of Counsel
Richard R. Leff
Herbert N. Steinberg

Tel.: (718) 793-1311
(718) 544-3324

Fax: (718) 575-4070

January 14, 2008

TO:   MR. TODD C. BANK
      119-40 UNION TURNPIKE, APT. 4A
      KEW GARDENS, NEW YORK 11415

This firm has been retained to collect a debt consisting of rent arrears totaling **$2,854.79**. Any information obtained will be used for that purpose.

The below named creditor claims that you owe rent arrears as specified. You have 30 days from receipt of this notice to dispute the debt in writing. If you fail to do so, we will assume the debt to be valid. If you timely notify us, in writing, that you do dispute the debt, we will obtain verification of the debt and mail same to you. Upon your written request made within thirty (30) days of the receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This opportunity to dispute the debt is separate from any response that you are required to make or any action you are required to take with respect to any other legal notices you receive. PLEASE RESPOND TO ANY LEGAL NOTICES YOU MAY RECEIVE WITHIN THE TIME FRAMES SET FORTH IN THOSE NOTICES.

CREDITOR:   KEW GARDENS REALTY CO.

Exhibit E

# APPENDIX B

## FIVE (5) DAY NOTICE TO TENANT

TO: MR. TODD C. BANK
119-40 UNION TURNPIKE, APT. 4A
KEW GARDENS, NEW YORK 11415

---

Tenant of the Premises described as Apt. 4A, located at 119-40 Union Turnpike, Kew Gardens, New York 11415:

**PLEASE TAKE NOTICE** that you are justly indebted to the Landlord of the above described premises in the sum of $2,854.79 for rent of said premises as follows:

| | |
|---|---|
| *OCTOBER 2007 RENT BALANCE* | *$185.95* |
| *NOVEMBER 2007 RENT* | *$861.28* |
| *DECEMBER 2007 RENT* | *$861.28* |
| *JANUARY 2008 RENT* | *$861.28* |
| *BAD CHECK FEE* | *$ 35.00* |
| *LATE FEES* | *$ 25.00* |

You are required to pay said rent on or before the expiration of 5 days from the day of the service of this Notice, or surrender up the possession of said premises to the Landlord, in default of which the Landlord will commence summary proceedings under the Statute to recover possession thereof.

Dated: January 14, 2008

KEW GARDENS REALTY CO.

By: L. Andrew Levine

NOTE: Immediately, if you are currently receiving public assistance, bring this notice for rent to the worker who handles your case. Your worker will consider this notice on an emergency basis and may be able to provide funds to avoid the possible loss of your apartment.

If you are not currently receiving public assistance and require financial help, you should apply immediately at your local Income Maintenance Center. If you show this notice to the receptionist, you may also be entitled to assistance on an emergency basis.

*LAW OFFICES OF COOPER, PAROFF, COOPER & COOK*
*80-02 KEW GARDENS ROAD — SUITE 300*
*KEW GARDENS, NEW YORK 11415*
H:\K\KEWGDNS\bank.5day.wpd:>sl

Exhibit F